# Court of Appeals
# of the State of Georgia

ATLANTA,  February 08, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0920. OMIR A. HAKEEM v. MICHELLE R. GILBERT.**

Michelle R. Gilbert sued Omir A. Hakeem in magistrate court seeking a writ of possession for property occupied by Hakeem, as well as past-due rent and late fees. Hakeem counterclaimed for damages, and the matter was transferred to state court. The case proceeded to a bench trial, and on December 13, 2023, the trial court granted Gilbert a writ of possession, but declined to award either party monetary damages. On January 10, 2024, Hakeem filed this direct appeal. We lack jurisdiction.

While as a general rule a notice of appeal must be filed with in 30 days of entry of the order sought to be appealed, see OCGA § 5-6-38 (a), appeals in dispossessory actions must be filed within 7 days of the date judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). And the proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Here, Hakeem filed her notice of appeal 28 days after the state court entered its order issuing a writ of possession.

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,___02/08/2024_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*